IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERHIY FEDOR | : | CIVIL ACTION |
| | : | NO. 10-5110 |
| v. | : | |
| | : | |
| VAN NOTE-HARVEY ASSOCIATES, et al. | : | |
| | : | |

# ORDER

AND NOW, this 18th day of March, 2011, upon consideration of the Motion to dismiss of defendants Wentworth Property Management Corporation and Yardley Commons, and all responses thereto, it is ORDERED that the Motion is GRANTED and plaintiff's complaint against Wentworth and Yardley is DISMISSED without prejudice. Plaintiff may file an amended complaint alleging facts sufficient to state a claim against defendants Wentworth and Yardley within 21 days from the date of this Order.

                                                   *s/Thomas N. O'Neill, Jr.*
                                                  THOMAS N. O'NEILL, JR., J.